SMM.24058

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **JIM AND JOSEPHINE LOWE,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **LG ELECTRONICS U.S.A., INC.** | § | |
| **Defendant.** | § | |

## DEFENDANT'S INDEX OF DOCUMENTS

The following Exhibits (A-C) are relied upon and incorporated by reference in Defendant's Notice of Removal:

    A.    Civil Cover Sheet;

    B.    Supplemental Civil Cover Sheet;

    C.    Defendant's Index of Documents;

        1.    State Court Docket Sheet;

        2.    Plaintiffs' Original Petition, filed April 9, 2018;

        3.    Civil Case Information Sheet, filed April 17, 2018;

        4.    Citation on Defendant, issued April 19, 2018;

        5.    Return of Service for Defendant, dated April 23, 2018; and

        6.    Defendant's Original Answer, filed May 10, 2018.

## Case Information

DC-18-04660 | Jim Lowe, et al vs. LG Electronics U.S.A., Inc.

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-18-04660 | 192nd District Court | SMITH, CRAIG |
| File Date | Case Type | Case Status |
| 04/09/2018 | OTHER (CIVIL) | OPEN |

## Party

PLAINTIFF
Lowe, Jim

Address
5414 Forest Lane
Suite 100
Dallas TX 75244-8008

Active Attorneys ▾

Lead Attorney
KECHEJIAN,
RACHEL L
Retained

Work Phone
214-550-2858

---

PLAINTIFF
Lowe, Josephine

Active Attorneys ▾

Lead Attorney
KECHEJIAN,
RACHEL L
Retained

Work Phone
214-550-2858

---

DEFENDANT
LG Electronics U.S.A., Inc.

Address

Active Attorneys ▾

Lead Attorney

By Serving Registered Agent, United States
Corporation Company
211 E. 7th Street, Suite 620
Austin TX 78701

BENNETT, PAUL
WILLIAM
Retained

Work Phone
214-987-9600

Fax Phone
214-987-9866

## Events and Hearings

| |
|---|
| 04/09/2018 NEW CASE FILED (OCA) - CIVIL |

| |
|---|
| 04/09/2018 ORIGINAL PETITION ▾ |
| ORIGINAL PETITION |

| |
|---|
| 04/17/2018 CASE FILING COVER SHEET ▾ |
| Lowe Civil Case Info Sheet.pdf |

| |
|---|
| 04/17/2018 REQUEST FOR SERVICE ▾ |
| REQUEST |

| |
|---|
| 04/17/2018 ISSUE CITATION |

| |
|---|
| 04/19/2018 CITATION ISSUED ▾ |
| DC1804660.pdf |

| |
|---|
| 04/19/2018 CITATION▾ |

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
04/26/2018

Comment
ESERVE RD

04/26/2018 RETURN OF SERVICE ▾

LG ELECTRONICS U.S.A., INC

   Comment
   LG ELECTRONICS U.S.A., INC

05/10/2018 ORIGINAL ANSWER - GENERAL DENIAL ▾

Def's OA.pdf

05/10/2018 VACATION LETTER

05/10/2018 JURY DEMAND

## Financial

Lowe, Jim
|  | Total Financial Assessment | | | | $300.00 |
|  | Total Payments and Credits | | | | $300.00 |

| 4/9/2018 | Transaction Assessment | | | | $292.00 |
|---|---|---|---|---|---|
| 4/9/2018 | CREDIT CARD - TEXFILE (DC) | Receipt # 22740-2018-DCLK | Lowe, Jim | ($292.00) |
| 4/17/2018 | Transaction Assessment | | | | $8.00 |
| 4/17/2018 | CREDIT CARD - TEXFILE (DC) | Receipt # 24728-2018-DCLK | Lowe, Jim | ($8.00) |

LG Electronics U.S.A., Inc.
|  | Total Financial Assessment | | | | $40.00 |
|  | Total Payments and Credits | | | | $40.00 |

| 5/10/2018 | Transaction Assessment | | | | $40.00 |

5/10/2018   CREDIT CARD
- TEXFILE
(DC)

Receipt #
30253-
2018-DCLK

LG
Electronics
U.S.A., Inc.

($40.00)

## Documents

ORIGINAL PETITION

Lowe Civil Case Info Sheet.pdf

REQUEST

DC1804660.pdf

LG ELECTRONICS U.S.A., INC

Def's OA.pdf

FILED
DALLAS COUNTY
4/9/2018 3:03 PM
FELICIA PITRE
DISTRICT CLERK

Alicia Mata

1 CIT/ESERVE

NO. _____

| | | |
|---|---|---|
| **JIM AND JOSEPHINE LOWE,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **PLAINTIFFS,** | § | |
| **V.** | § | |
| | § | **DALLAS COUNTY, TX** |
| **LG ELECTRONICS U.S.A., INC.,** | § | |
| | § | |
| **DEFENDANT.** | § | **_____ JUDICIAL DISTRICT** |
| | § | |

## PLAINTIFFS' ORIGINAL PETITION

Plaintiffs Jim and Josephine Lowe (the "Lowes" or "Plaintiffs") hereby file their Original Petition against LG Electronics U.S.A., Inc. ("LG" or "Defendant") and respectfully show the Court as follows:

## I.
## DISCOVERY CONTROL PLAN

1.      Discovery in this case is intended to be conducted under a Level 3 Discovery Control Plan pursuant to Texas Rule of Civil Procedure 190.4.

## II.
## PARTIES

2.      Plaintiff Jim Lowe is a natural person residing in Dallas County, Texas.  He can be served with process through his undersigned counsel of record.

3.      Plaintiff Josephine Lowe is a natural person residing in Dallas County, Texas, and the wife of Jim Lowe.  She can be served with process through her undersigned counsel of record.

4.      Upon information and belief, Defendant LG Electronics U.S.A., Inc. ("LG") is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located at 920 Sylvan Avenue, Englewood Cliffs, New Jersey 07632.  LG USA may

be served via its registered agent for service of process, United States Corporation Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

### III.
### JURISDICTION & VENUE

5.      The subject matter in controversy is within the jurisdictional limits of this court. The damages sought are within the jurisdictional limits of the Court.  Plaintiffs seeks monetary damages of over $200,000, but not more than $1,000,000.  Plaintiffs reserve the right to amend or modify this request as discovery and additional information becomes available.

6.      This Court has personal jurisdiction over Defendant because Defendant has purposefully availed itself of the benefits and protections offered by the State of Texas by conducting business in this State, Defendant has committed wrongful acts within this State, and Defendant's conduct in and contacts with this State give rise to the cause of action alleged herein. Specifically, LG sells its dishwashers in Texas and has sold the defective product to numerous Texas customers, including Plaintiffs.  LG, individually or via its agent(s), sold the product at issue to Plaintiffs for use in their duplex located in Dallas County, Texas; the Lowes used the defective product in Dallas County, Texas; the Product's water leak occurred in Dallas County, Texas; the resulting damage occurred to the Lowe's duplex located in Texas; and LG's failure to remedy the injuries it caused to the Lowes occurred in Texas.  LG has, thereby, consented to the jurisdiction of Texas courts over its person.

7.      Venue is proper in Dallas County under Section 15.001 of the Texas Civil Practice and Remedies Code because it is a county in which all or a substantial part of the events or omissions giving rise to the claim occurred, including but not limited to, the events described in Paragraph 6, *supra*.  Finally, it is the county in which Plaintiffs resided at the time of the accrual of the cause of action.

## IV.
## <u>FACTS</u>

8.      As part of a luxury remodel of a duplex property to be used for rental income, the Lowes purchased and had installed an LG dishwasher for ordinary use in the second-floor unit of the duplex.   Unfortunately, the LG dishwasher had a defective valve which caused a leak and resulted in significant damage to their duplex, necessitating repair and preventing their rental income.   Therefore, the Lowes seek damages based on products liability, negligence, gross negligence, breach of warranty, and violation of the Texas Deceptive Trade Practices Act.

9.      Mr. and Mrs. Lowe inherited the property located at 4137 and 4139 Emerson Avenue, Dallas, Texas 75205 (the "Property") from a dear friend who they cared for in his late years.   The Property consists of a duplex, with a first-floor unit (4137) and second-floor unit (4139).  The Property is very important to the Lowes, both because of its sentimental value and its value as a crucial part of their financial health and future. The original owner John J. Connolly devised the Property to the Lowes in his will, in gratitude for their years of friendship and aid when his health declined.  He left the Property to the Lowes upon his death as a thank you for their companionship and aid during his life and to provide them with income during their own older years.  The Lowes were very grateful and planned to remodel and rent the Property for income during their retirement.

10.      The Property is located in Highland Park, Dallas County, Texas.  It is in a very high value neighborhood and located on the same street as Highland Park High School, one of the country's top-ranked schools.  It is a very valuable investment property with a high expected rental income.

**The Product**

11.     The Lowes began a luxury remodel of the Property, to prepare it for high-value rental, including a full kitchen remodel in both units.  The Lowes purchased new appliances for the duplex.

12.     On or about April 10, 2013, the Lowes purchased the LG dishwasher at issue from The Home Depot and installed it for ordinary use in the kitchen of the second-floor unit (4139): Model No. LDS5040ST, Serial No. 303KWSB2H750 (the "Product").  Unfortunately, the Lowes would later learn that the Product was defective.

**The Product's Defect Causes Extensive Water Damages and Related Injuries**

13.     The Product contained a faulty valve and/or valve connection located on the backside of the dishwasher, which cracked and caused water to leak from the dishwasher.

14.     Although the Lowes purchased the Product in 2013, the completion of the full remodel was delayed until 2016 because the Property was temporarily held up in probate.  By September 2016, however, the Lowes had completed a large-scale remodel, including installation of a new ceiling, new walls, new cabinetry, granite countertops, and other luxury kitchen updates.

15.     In or about late summer 2016, the Lowes put the Product to use.

16.     The Product's valve cracked and leaked water, which pooled behind the Product and seeped into the wall and the floor, which was also the ceiling of the downstairs unit (4137).  At first, the slow water leak was not visible because the valve and the accompanying drainage were concealed on the backside of the Product.  The location of the leak hid it from view, as the water seeped into the floor, walls, cabinetry, and ceiling of the unit below.

17.     In or about September 2016, Mr. Lowe discovered water in the first-floor unit and suspected a leak.  Mr. Lowe immediately hired a plumber.  The plumber found that there were no

piping or plumbing problems.  Instead, he concluded that the defective Product was causing the water leak.  Therefore, Mr. Lowe called LG.

18.     At first, LG refused to send a technician out, falsely explaining that they did not service this area (Dallas, Texas).  So, Mr. Lowe called Sears Home Services, a qualified LG appliances seller.  Consistent with the plumber's findings, the Sears repairman discovered that the defect on the back valve of the LG dishwasher was the source of the leak.  He noted in writing, "LEAKING REALLY BAD . . . Water valve is leaking and has been for awhile.  Possible defect." The Lowes paid the repairman approximately $59.00 on or about September 24, 2016.

19.     Mr. Lowe again notified LG.  Tellingly, after a qualified repairman noted the Product defect and resulting leak, LG decided it could send an LG representative to the Property, after all.

20.     On or about October 7, 2016, LG Factory Technician Jerry Campbell inspected the Product and Property and likewise found that the defective valve on the back of the Product caused the water damage and needed to be replaced.  Importantly, the LG technician ruled out any other causes of the water damage.  The LG technician removed the defective valve and ordered a replacement valve.  The technician noted, "cust[omer] has damage to floor and apt under unit there before service replace water valve no other leak found at time of service."  Mr. Campbell installed the new replacement valve on or about October 14, 2016.  He charged approximately $194.85 for parts and service.

21.     The Product's water damage was extensive, impacting both units.  The water leak caused irreparable damage to the newly installed cabinets, sheetrock, insulation, and other Property features.

22.     The water leak also caused the growth of exceptionally hazardous black mold. Black mold is a well-known and dangerous effect of a leaking product, as it grows in wet environments and causes very serious health problems, and LG knew this was a foreseeable consequence of its defective leaking valve.  Because of the mold, all damaged items had to be removed entirely and promptly, including walls, cabinetry, countertops, and flooring.  Therefore, even though LG is responsible for these costs, the Lowes paid Mr. Lambert $1,700 out-of-pocket on or about October 15, 2016.  Additionally, Mr. and Mrs. Lowe were both exposed to the black mold and toxic air.

23.     Mrs. Lowe was forced to seek medical treatment for the health problems she developed as a direct result of exposure to the mold.  Before the Lowes knew about the water leak or black mold growth, they spent significant time in the Property to monitor and assist in the remodel.  Immediately after exposure to the black mold, Mrs. Lowe had a toxic reaction and suffered health problems lasting several months.

24.     Mr. Lowe, too, has been negatively impacted by the stress, time, and cost of the damage from the Product.  The Product defect and resulting damage have caused them both great stress.  Mr. and Mrs. Lowe have suffered damages from medical bills, pain and suffering, and emotional distress.

25.     Finally, the Lowes have been unable to fix the Property and rent it to tenants because LG has still not submitted the requisite payment to cover the expense to repair the damage LG caused.

**Losses Continued to Mount, While LG Seeks to Destroy Evidence**

26.     Although the mold-damaged materials have been removed, significant repair needs remain.  Qualified contractor Mr. Lambert estimated the cost to replace the damaged materials to

be approximately $8,127.70.  After already paying for the original remodel, and without having had the opportunity to earn any rental income, the Lowes are unable to pay this additional expense out-of-pocket.  Therefore, the Lowes promptly requested that LG send a check so that they may perform the repair work.

27.     LG had a duty to respond promptly and submit payment to the Lowes to cover their costs, which resulted directly from LG's Product defect.  Instead, LG representatives dithered and delayed.  To date, they have failed to submit any payment whatsoever.

28.     Mr. and Mrs. Lowe called, e-mailed, and wrote to LG representatives numerous times, explaining their claim in great detail and attaching photographs, receipts, and extensive documentation of the Product defect and resulting damages.

29.     As months passed, LG continued to ignore the Lowes' claims, instead making repeated, unreasonable demands.  The Lowes were forced to hire the undersigned attorney to pursue their claims.

30.     The Lowes even offered LG the opportunity to inspect the valve in Dallas, Texas.  LG hired an inspector who completed an inspection of the valve and the Property on or about August 25, 2017.

31.     Still, LG has failed to pay for the damage and the outstanding repair costs, and, instead, continues to try to coerce the Lowes into destroying the evidence.

32.     As a result, the Property remains unfinished and unrented.  LG's actions and omissions toward the Lowes fail to meet the basic standards of common courtesy and legal responsibility, and their actions have denied the Lowes the ability to rent the Property, as it remains in disrepair.  The loss of rental income is approximately at least $6,200 per month ($3,100 per

unit) and may be higher as the real estate market in this high demand area continues to escalate. The losses, for which LG is solely responsible, will continue to grow.

33.    The Lowes have suffered severe mental anguish as a result of LG's actions in selling them a defective and dangerous product and failing to remedy the damages and injury LG caused.  The Lowes have suffered the loss of their valuable investment property, and the related income they had hoped would support them during their retirement, they have had to expend significant time and energy in attempt to repair or at least alleviate LG's damage, and they have been exposed to dangerous mold which caused significant health problems.  The stress and loss has been severe.

**V.**
**COUNT I: STRICT PRODUCTS LIABILITY**

34.    Plaintiffs incorporate by reference the factual allegations set forth above and below as though such allegations were set forth at length herein.

35.    The Product that LG sold to the Lowes is defective.

36.    The Product reached the Lowes without a substantial change in its condition from the time the Product was originally sold.

37.    The defect rendered the Product unreasonably dangerous.

38.    The design defect caused the Lowe's foregoing alleged damages.

39.    A safer alternative design existed at the time and would have prevented the likelihood of water leaks like the one the Lowes experienced.  *See* Tex. Civ. Prac. & Rem. Code 82.005.

**VI.**
**COUNT II: NEGLIGENCE AND GROSS NEGLIGENCE**

40.    Plaintiffs incorporate by reference the factual allegations set forth above and below as though such allegations were set forth at length herein.

41.     LG owed a duty to the Lowes to design the product free of its unreasonable and dangerous defect, which caused a water leak and significant water damage.

42.     LG breached the duty it owed to the Lowes.

43.     The injury the Lowes suffered is a proximate result of LG's breach of its duty.

44.     The valve was defective, and LG knew or should have known that it posed an unreasonable risk of water damage, property damage, and mold growth, as well as other injuries. LG knew or should have known that the valve was prone to crack and leak, causing excessive damage and injury.  However, LG negligently placed the defective valve in certain of its dishwashers and failed to warn the Lowes or other consumers of this risk.

45.     LG knew (and should have known) that one of the primary dangers of a leaking dishwasher is the growth of dangerous mold, but LG consciously disregarded the danger to consumers and made and sold the defective Product anyway.  Importantly, LG never warned the Lowes about the product defect and its propensity to cause water leaks until after the water damage had already occurred, at which point the LG serviceman notified the Lowes that it had a defective valve and replaced the defective valve with a different one.

## VII.
## COUNT III: BREACH OF WARRANTY

46.     Plaintiffs incorporate by reference the factual allegations set forth above and below as though such allegations were set forth at length herein.

47.     LG breached its express and/or implied warranties, including the implied warranty of merchantability, arising under the Uniform Commercial Code ("UCC").  *See* Tex. Bus. & Com. Code § 2.314 (2017).

48.     Via its authorized agent Home Depot or otherwise, LG sold the Product to the Lowes for use as a dishwasher.

49.     Unfortunately for the Lowes, the Product was unmerchantable and unfit for its ordinary purpose as a dishwasher.  It could not be used as a dishwasher as sold, at least not before LG replaced the defective valve with a different one, because its operation caused significant water damage to the kitchen and Property.

50.     Instead of operating as a dishwasher, the Product operated as a water bomb, slowly ruining the Lowes' kitchen and investment property with water damage, growing toxic mold, and causing a significant and dangerous health and safety hazard.  The Product was not fit for use in a kitchen at all, and instead rendered the kitchen dangerous and unsafe.  Perhaps the Product could have been safe if it had not been hooked-up to a water line and used, but it could not have been safely used as a dishwasher.

51.     LG also breached its warranty that the Product was free from defects in material or workmanship at the time of delivery.  At the time of delivery, the Product was defective in a way that caused water leaks, significant damage to property, and injury to persons on the basis of toxic mold and other health hazards.

52.     The Lowes notified LG about its breach, and LG still failed to make the Lowes whole by repairing their kitchen or compensating them for the cost to remove the toxic mold, rebuild the new kitchen they had just remodeled, or pay them lost rental income.

53.     The Lowes suffered significant injuries, as described, *supra.*

**VIII.**
**COUNT IV: TEXAS DECEPTIVE TRADE PRACTICES ACT**

54.     Plaintiffs incorporate by reference the factual allegations set forth above and below as though such allegations were set forth at length herein.

55.     LG violated the Texas Deceptive Trade Practices-Consumer Protection Act.  Tex. Bus. & Com. Code § 17.41, *et. seq.,* (the "DTPA").

---

56.     The Lowes were consumers of the Product.   They acquired the Product by purchasing it from the Home Depot, an authorized seller of LG's Product.

57.     The Product constitutes a good under the DTPA because it is a dishwasher purchased for use as a dishwasher.

58.     LG's representation that the dishwasher was a safe, working dishwasher, and its omission in failing to disclose that its valve was prone to causing water leaks, constitute false, misleading and deceptive acts.

59.     Additionally, LG breached its express and/or implied warranties, including the implied warranty of merchantability, arising under the UCC.   *See* Tex. Bus. & Com. Code § 2.314 (2017); *see supra.*

60.     LG's false, misleading, or deceptive acts include, but are not limited to:   (i) representing that the Product could be used in a kitchen as a dishwasher, when in reality the Product was likely to, and did, ruin the kitchen by wrecking it with water damage, (ii) representing that the Product was of a good standard and quality such that it would not ruin the Lowe's kitchen with a leaking valve, (iii) concealing and failing to disclose that the Product's valve was prone to cracking and leaking, and (iv) concealing and failing to disclose to the Lowes that the Product had a defective valve and needed to have its valve replaced with a valve of a different design until after the damage had already occurred.   *See* Tex. Bus. & Com. Code § 17.46(a), (b)(5), (7), (24).

61.     LG's false, misleading, and deceptive acts are producing causes of the harm the Lowes suffered.   LG's acts caused the Lowes to purchase the Product, which ultimately destroyed their duplex and rental income with its defective, leaking valve.   Additionally, LG caused the Lowes personal injury and mental anguish.

62.     The Lowes pray for full recovery under the DTPA, including treble damages.  The Lowes pray for recovery from damages arising from economic losses, personal injury, mental anguish, punitive damages, and attorneys' fees.

## IX.
## PRAYER

For the above reasons, Plaintiffs respectfully demand that the Court enter judgment in favor of Plaintiffs and grant the following relief:

(a)     order Defendant to pay Plaintiffs actual, compensatory and exemplary damages to which they show themselves to be justly entitled;

(c)     order Defendant to pay Plaintiffs punitive damages to which they show themselves to be justly entitled;

(d)     award pre- and post-judgment interest, as provided by law;

(d)     award reasonable and necessary attorney's fees, expenses, and costs; and

(e)     grant all other relief to which they may be justly entitled.

Dated:  April 9, 2018

Respectfully submitted,

KECHEJIAN LAW PC


/s/ Rachel Kechejian
    Rachel (Williams) Kechejian
    State Bar No. 24067175
    rachel@kechejianlaw.com
    Susan Roxanne Sheehan
    State Bar No. 24081991
    rsheehan@kechejianlaw.com
5414 Forest Lane, Suite 100
Dallas, Texas 75244
Telephone:    (214) 550-2858
Facsimile:    (214) 550-2856

COUNSEL FOR JIM AND JOSEPHINE LOWE

FILED
DALLAS COUNTY
4/17/2018 10:03 AM
FELICIA PITRE
DISTRICT CLERK

# CIVIL CASE INFORMATION SHEET

**CAUSE NUMBER** *(FOR CLERK USE ONLY):* _____   **COURT** *(FOR CLERK USE ONLY):* _____

**STYLED** _Jim and Josephine Lowe v. LG Electronics USA, Inc._

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br><br>_Rachel Williams Kechejian_ | Email:<br><br>_rachel@kechejianlaw.com_ | Plaintiff(s)/Petitioner(s):<br><br>_Jim Lowe_ | [x] Attorney for Plaintiff/Petitioner<br>[ ] *Pro Se* Plaintiff/Petitioner<br>[ ] Title IV-D Agency<br>[ ] Other: |
| Address:<br><br>_5414 Forest Ln, Ste. 100_ | Telephone:<br><br>_(214)550-2858_ | _Josephine Lowe_ | Additional Parties in Child Support Case: |
| City/State/Zip:<br><br>_Dallas, TX 75244_ | Fax:<br><br>_(214)550-2856_ | Defendant(s)/Respondent(s):<br><br>_LG Electronics U.S.A., Inc._ | Custodial Parent:<br><br>Non-Custodial Parent: |
| Signature:<br><br>_/s/ Rachel Kechejian_ | State Bar No:<br><br>_24067175_ | [Attach additional page as necessary to list all parties] | Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case** *(select only 1)*:

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>[ ] Consumer/DTPA<br>[ ] Debt/Contract<br>[ ] Fraud/Misrepresentation<br>[ ] Other Debt/Contract:<br>_____<br>*Foreclosure*<br>[ ] Home Equity—Expedited<br>[ ] Other Foreclosure<br>[ ] Franchise<br>[ ] Insurance<br>[ ] Landlord/Tenant<br>[ ] Non-Competition<br>[ ] Partnership<br>[ ] Other Contract:<br>_____ | [ ] Assault/Battery<br>[ ] Construction<br>[ ] Defamation<br>*Malpractice*<br>[ ] Accounting<br>[ ] Legal<br>[ ] Medical<br>[ ] Other Professional<br>   Liability:<br>_____<br>[ ] Motor Vehicle Accident<br>[ ] Premises<br>*Product Liability*<br>[ ] Asbestos/Silica<br>[x] Other Product Liability<br>  List Product:<br>  _dishwasher_<br>[ ] Other Injury or Damage:<br>_____ | [ ] Eminent Domain/<br>  Condemnation<br>[ ] Partition<br>[ ] Quiet Title<br>[ ] Trespass to Try Title<br>[ ] Other Property:<br>_____ | [ ] Annulment<br>[ ] Declare Marriage Void<br>*Divorce*<br>[ ] With Children<br>[ ] No Children | [ ] Enforcement<br>[ ] Modification—Custody<br>[ ] Modification—Other |
| | | **Related to Criminal Matters** | **Other Family Law** | **Title IV-D** |
| | | [ ] Expunction<br>[ ] Judgment Nisi<br>[ ] Non-Disclosure<br>[ ] Seizure/Forfeiture<br>[ ] Writ of Habeas Corpus—<br>  Pre-indictment<br>[ ] Other: | [ ] Enforce Foreign<br>  Judgment<br>[ ] Habeas Corpus<br>[ ] Name Change<br>[ ] Protective Order<br>[ ] Removal of Disabilities<br>  of Minority<br>[ ] Other: | [ ] Enforcement/Modification<br>[ ] Paternity<br>[ ] Reciprocals (UIFSA)<br>[ ] Support Order |
| | | | | **Parent-Child Relationship** |
| | | | | [ ] Adoption/Adoption with<br>  Termination<br>[ ] Child Protection<br>[ ] Child Support<br>[ ] Custody or Visitation<br>[ ] Gestational Parenting<br>[ ] Grandparent Access<br>[ ] Parentage/Paternity<br>[ ] Termination of Parental<br>  Rights<br>[ ] Other Parent-Child:<br>_____ |

| **Employment** | **Other Civil** | | |
|---|---|---|---|
| [ ] Discrimination<br>[ ] Retaliation<br>[ ] Termination<br>[ ] Workers' Compensation<br>[ ] Other Employment:<br>_____ | [ ] Administrative Appeal<br>[ ] Antitrust/Unfair<br>  Competition<br>[ ] Code Violations<br>[ ] Foreign Judgment<br>[ ] Intellectual Property | [ ] Lawyer Discipline<br>[ ] Perpetuate Testimony<br>[ ] Securities/Stock<br>[ ] Tortious Interference<br>[ ] Other: | |

| **Tax** | **Probate & Mental Health** | |
|---|---|---|
| [ ] Tax Appraisal<br>[ ] Tax Delinquency<br>[ ] Other Tax | *Probate/Wills/Intestate Administration*<br>[ ] Dependent Administration<br>[ ] Independent Administration<br>[ ] Other Estate Proceedings | [ ] Guardianship—Adult<br>[ ] Guardianship—Minor<br>[ ] Mental Health<br>[ ] Other: _____ |

**3. Indicate procedure or remedy, if applicable** *(may select more than 1)*:

| | | |
|---|---|---|
| [ ] Appeal from Municipal or Justice Court<br>[ ] Arbitration-related<br>[ ] Attachment<br>[ ] Bill of Review<br>[ ] Certiorari<br>[ ] Class Action | [ ] Declaratory Judgment<br>[ ] Garnishment<br>[ ] Interpleader<br>[ ] License<br>[ ] Mandamus<br>[ ] Post-judgment | [ ] Prejudgment Remedy<br>[ ] Protective Order<br>[ ] Receiver<br>[ ] Sequestration<br>[ ] Temporary Restraining Order/Injunction<br>[ ] Turnover |

**4. Indicate damages sought** *(do not select if it is a family law case)*:

[ ] Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
[ ] Less than $100,000 and non-monetary relief
[ ] Over $100, 000 but not more than $200,000
[x] Over $200,000 but not more than $1,000,000
[ ] Over $1,000,000

# FORM NO.  353-3 - CITATION
# THE STATE OF TEXAS

To:

**LG ELECTRONICS U.S.A., INC.**
**BY SERVING REGISTERED AGENT UNITED STATES CORPORATION COMPANY**
**211 E 7TH STREET SUITE 620**
**AUSTIN TX  78701**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written
answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty   days after you were served this citation and  petition, a default judgment may be
taken against you.  Your answer should be addressed to the clerk of the **192nd District Court** at 600
Commerce Street, Ste. 101, Dallas, Texas 75202.

SAID PLAINTIFFS BEING **JIM LOWE AND JOSEPHINE LOWE**

FILED IN SAID COURT  **9TH DAY OF APRIL, 2018** AGAINST

**LG ELECTRONICS U.S.A., INC.**

For Suit, said suit being numbered **DC-18-04660,** the nature of which demand is as follows:
Suit on **OTHER (CIVIL)** etc. as shown on said petition, a copy of which accompanies this citation.  If
this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 19th day of April, 2018.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____/s/ RITA DRONES_____, Deputy
                          RITA DRONES



**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**



---

<u>**ESERVE**</u>

**CITATION**

**DC-18-04660**

**JIM LOWE, ET AL**
**VS.**
**LG ELECTRONICS U.S.A., INC.**

ISSUED THIS
**19th day of April, 2018**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  RITA DRONES, Deputy
_____

**Attorney for Plaintiffs**
RACHEL L KECHEJIAN
5414 FOREST LN
SUITE 100
DALLAS TX  75244
214-550-2858

# OFFICER'S RETURN

Case No. :  DC-18-04660

Court No.192nd District Court

Style: Jim Lowe, et al

 vs.

LG Electronics U.S.A., Inc.

Came to hand on the _____day of _____, 20_____, at _____o'clock_____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of_____,

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|  |  |  |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of_____County, _____ |
| For Notary | $_____ | By_____Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of _____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____

FILED
DALLAS COUNTY
4/26/2018 5:13 PM
FELICIA PITRE
DISTRICT CLERK
Nikita Mosley

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

**To:**

    LG ELECTRONICS U.S.A., INC.
    BY SERVING REGISTERED AGENT UNITED STATES CORPORATION COMPANY
    211 E 7TH STREET SUITE 620
    AUSTIN TX 78701

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **192nd District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

SAID PLAINTIFFS BEING **JIM LOWE AND JOSEPHINE LOWE**

FILED IN SAID COURT **9TH DAY OF APRIL, 2018** AGAINST

**LG ELECTRONICS U.S.A., INC.**

For Suit, said suit being numbered __DC-18-04660,__ the nature of which demand is as follows:
Suit on **OTHER (CIVIL)** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 19th day of April, 2018.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____ /s/ RITA DRONES _____, Deputy
             RITA DRONES



---

**ESERVE**

**CITATION**

**DC-18-04660**

**JIM LOWE, ET AL
VS.
LG ELECTRONICS U.S.A., INC.**

ISSUED THIS
**19th day of April, 2018**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: RITA DRONES, Deputy

---

**Attorney for Plaintiffs**
RACHEL L KECHEJIAN
5414 FOREST LN
SUITE 100
DALLAS TX 75244
214-550-2858

---

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

## AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Dallas**                    **192nd District Court**

Case Number: DC-18-04660

Plaintiff:
**Jim and Josephine Lowe**

vs.

Defendant:
**LG Electronics U.S.A., Inc.**

Received by Stinnett Process LLC on the 20th day of April, 2018 at 11:51 am to be served on **LG Electronics U.S.A., Inc. c/o RA: United States Corporation Company, 211 E. 7th St., Ste. 620, Austin, TX 78701.**

I, Harrison Stinnett, being duly sworn, depose and say that on the **23rd day of April, 2018 at 10:57 am, I:**

Delivered a true copy of the **Citation; Plaintiffs' Original Petition** with the date of service endorsed thereon by me, to **LG Electronics U.S.A., Inc. c/o RA: United States Corporation Company**, by delivering to its designated agent, **Sue Vertrees**, at the address of **211 E. 7th St., Ste. 620, Austin, TX 78701, Travis County,** and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State of _Texas_ , County of _Travis_

Subscribed and Sworn to before me on the ___24___ day of _April_ , _2018_ by the affiant who is personally known to me.



NOTARY PUBLIC

BARBARA C STINNETT
MY COMMISSION EXPIRES
May 29, 2019

**Harrison Stinnett**
PSC-11505 Ex: 05/31/2020

**Stinnett Process LLC**
P.O. Box 684627
Austin, TX 78768
(512) 797-3399

Our Job Serial Number: SNN-2018000510
Ref: 1090315

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7 2n

SMM.24058

**CAUSE NO. DC-18-04660**

| | | |
|---|---|---|
| **JIM AND JOSEPHINE LOWE,** | § | **IN THE DISTRICT COURT** |
|     **Plaintiffs,** | § | |
| | § | |
| **VS.** | § | **192nd JUDICIAL DISTRICT** |
| | § | |
| **LG ELECTRONICS U.S.A., INC.,** | § | |
|     **Defendant.** | § | **DALLAS COUNTY, TEXAS** |

**ORIGINAL ANSWER OF DEFENDANT LG ELECTRONICS U.S.A., INC.**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** LG ELECTRONICS U.S.A., INC., Defendant in the above-entitled and numbered cause, and files this Original Answer to Plaintiffs' pleadings on file herein, and in support thereof would respectfully show the Court as follows:

I.

Pursuant to Rule 92 of the TEXAS RULES OF CIVIL PROCEDURE, Defendant denies generally each and every allegation and statement contained in *Plaintiffs' Original Petition*, and any further amendments to Plaintiffs' pleadings, and demands strict proof thereof.

II.

For further answer, Defendant affirmatively asserts and pleads the defense of contributory negligence/comparative responsibility.

III.

For further answer, Defendant affirmatively asserts and pleads that acts or omissions of persons or parties other than Defendant were the sole proximate cause or a contributing cause of the occurrence and Plaintiffs' damages, if any.

**ORIGINAL ANSWER OF DEFENDANT LG ELECTRONICS U.S.A., INC.**     **Page - 1**

IV.

Defendant further pleads that it is entitled to all off-sets and credits against damages as may be allowed by law.

V.

Pursuant to Rule 193.7 of the TEXAS RULES OF CIVIL PROCEDURE, Defendant hereby gives notice of its intent to use documents produced by the Plaintiffs at any trial or hearing, and such documents shall be self-authenticating against the producing party.

VI.

Pursuant to Rule 216 of the TEXAS RULES OF CIVIL PROCEDURE, Defendant requests a trial by jury in this case, and would show that the jury fee is being tendered on its behalf.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that Plaintiffs take nothing by this suit, that Defendant recover its costs, and for such other and further relief, both at law and in equity, to which Defendant may be justly entitled.

Respectfully submitted,

**FLETCHER, FARLEY,
SHIPMAN & SALINAS, L.L.P.**

By:*/s/ Paul W. Bennett*
    **PAUL W. BENNETT**
    State Bar No. 00787071
    paul.bennett@fletcherfarley.com
    **ALEX J. BELL**
    State Bar No. 24069359
    alex.bell@fletcherfarley.com
    9201 N. Central Expwy., Suite 600
    Dallas, Texas 75231
    214-987-9600 (telephone)
    214-987-9866 (facsimile)

    **ATTORNEYS FOR DEFENDANT
    LG ELECTRONICS U.S.A. INC.**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing instrument has been mailed, telecopied or hand delivered in accordance with Rule 21a of the Texas Rules of Civil Procedure on this 10th day of May, 2018.

*/s/ Paul W. Bennett*
**PAUL W. BENNETT**