THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES LOWE AND JOSEPHINE LOWE, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-cv-1254 |
| | § | Judge Cummings |
| LG ELECTRONICS U.S.A., INC., LG ELECTRONICS INC., and LG ELECTRONICS ALABAMA, INC., | § | |
| | § | |
| | § | |
| Defendants. | § | |

# APPENDIX

In Support of Plaintiffs' Motion for Summary Judgment

# **<u>Exhibit 1</u>**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JAMES LOWE AND JOSEPHINE LOWE, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:18-cv-1254 |
| | § | Judge Cummings |
| LG ELECTRONICS U.S.A., INC., LG ELECTRONICS INC., and LG ELECTRONICS ALABAMA, INC., | § § § § | |
| Defendants. | § § | |

## PLAINTIFFS' DECLARATION

I, JAMES LOWE, declare under penalty of perjury under the laws of the United States of America that the foregoing facts and attached Statement are true and correct.

Executed on June 13, 2019:       _James Lowe_
                                               James Lowe

I, JOSEPHINE LOWE, declare under penalty of perjury under the laws of the United States of America that the foregoing the foregoing facts and attached Statement are true and correct.

Executed on June 13, 2019:       _Josephine Lowe_
                                               Josephine Lowe

### Exhibits

- Exhibit 2 is a true and correct copy of photographs of LG's leaking dishwasher valve, taken in or about September 2016.

- Exhibit 3 is a true and correct copy of photographs of the property damage to our Emerson duplex, caused by the water leak from LG's dishwasher, taken in or about September 2016.

- Exhibit 4 is a true and correct copy of our April 10, 2013 Home Depot Invoice.

**PLAINTIFFS' DECLARATION**                                           **Page 1**

- <u>Exhibit 5</u> is a true and correct copy of the Bill of Lading with my/Mr. Lowe's signature

- <u>Exhibit 6</u> is a true and correct copy of receipts and invoices for service and repairs needed as a result of the LG dishwasher leak.

- <u>Exhibit 7</u> is a true and correct copy of e-mails with Kathy Krickovic, LG.

## STATEMENT OF JIM AND JOSEPHINE LOWE

1. We, Jim and Josephine Lowe (collectively, the "Lowes") inherited a duplex property located at 4137 and 4139 Emerson Avenue, Dallas, Texas 75205 (the "Property"). The Lowes began a luxury remodel of the Property, to prepare it for high-value rental, which included a full kitchen remodel of both units.

2. On or about April 10, 2013, as part of a luxury remodel to the Property, the Lowes purchased from The Home Depot LG dishwasher Model No. LDS5040ST, Serial No. 303KWSB2H750 (the "Product"). The Lowes had the dishwasher installed for ordinary use in the kitchen of the second-floor unit (4139).

3. Because the property was temporarily held up in probate court, the remodel was delayed until 2016.

4. Around September 2016, the Lowes completed the large-scale remodel, including installation of a new ceiling, new walls, and new cabinetry, among other luxury kitchen updates. In or around September 2016, the Lowes discovered water in the first-floor unit and suspected a leak from the Product.

5. Mr. Lowe immediately hired a plumber.  The plumber reported to the Lowes that there were no piping or plumbing problems.  Instead, according to his evaluation, the defective Product was causing the water leak.  Therefore, Mr. Lowe called LG. LG refused to send a technician out, stating that they did not service this area (Dallas, Texas).  So, Mr. Lowe called Sears Home Services, a qualified LG appliances seller.  Consistent with the plumber's findings, the Sears repairman reported that the defect on the back valve of the LG dishwasher was the source of the leak. He noted in writing, "LEAKING REALLY BAD . . . Water valve is leaking and has been for awhile.  Possible defect." The Lowes paid the repairman approximately $59.00.

6. Mr. Lowe notified LG. On or about October 7, 2016, LG Factory Technician Jerry Campbell inspected the Product and Property and likewise found that a defective valve on the back of the Product caused the water damage and needed to be replaced. The LG technician ruled out any other causes of the water damage.  The LG technician removed the defective valve and ordered a replacement valve.  The technician noted, "cust has damage to floor and apt under unit there before service replace water valve no other leak found at time of service." Mr. Campbell installed the new valve on or about October 14, 2016.  He charged $194.85 for parts and service.  On October 17, 2016, Mr. Lowe had to hire a plumber, Frank Cano, to hook up the dishwasher after the replacement was installed.  Mr. Lowe was charged $200.

7. The Product's water damage was extensive, impacting both units and destroying the remodel.  The water leak caused irreparable damage to the newly installed cabinets, sheetrock, insulation, and other Property features in both units.

8. The water leak also caused the growth of exceptionally hazardous black mold. Mr. and Mrs. Lowe were both exposed to the black mold and toxic air.  Mrs. Lowe was forced to seek medical treatment for the health problems she developed as a direct result of exposure to the mold.  Mrs. Lowe suffers from an auto-immune disorder.  Before the Lowes knew about the water leak or black mold growth, Mrs. Lowe spent time in the Property to monitor the

remodel progress and assist in design and repair plans. Immediately after exposure to the black mold, Mrs. Lowe had a toxic reaction and suffered health problems lasting several months. To date, her medical costs total approximately $3,672.00. Mr. Lowe, too, has been negatively impacted by the stress, time, and cost of the damage from the Product. Mr. and Mrs. Lowe both suffer from heart-related problems, and the Product defect and resulting damage have caused them both great stress. Mr. Lowe has been receiving medical treatment.

9. In October 2016, the Lowes hired Wayne Lambert, a respected and qualified contractor to evaluate the property damage resulting from the defective Product and to provide a repair estimate. Because the damaged materials contained mold and were a continuing hazard to their health and to the Property, the damaged materials had to be removed right away. The Lowes paid Mr. Lambert $1,700 out-of-pocket on or about October 15, 2016. The damaged materials contained much of the new cabinetry and other items the Lowes had installed as part of the remodel.

10. Although the damaged materials have been removed, significant repair needs remain. Lambert estimated the cost to replace the damaged materials to be $8,127.70.

11. The Lowes have been unable to fix the Property and rent it to tenants because LG has not submitted the requisite payment to cover these expenses.

12. To date, the Lowes have not been financially able to incur the additional out-of-pocket expense to repair the damaged property. The loss of rental income is at least $6,200 per month ($3,100 per unit) since November 2016.

_____
Jim Lowe

**Date** 9/5/2017

_____
Josephine Lowe

**Date** Sept. 5, 2017

# **Exhibit 2**





# **Exhibit 3**











# Exhibit 4

APPX 016

# SPECIAL SERVICES CUSTOMER INVOICE

**No. 6504-192966**

Page 1 of 3

Store 6504 COIT RD
2220 N COIT RD
RICHARDSON, TX 75080

Phone: (214) 575-3070
Salesperson: JPL0919
Reviewer:

This is only a **QUOTE** for the merchandise and services printed below. This becomes an Agreement upon payment and an endorsement by a Home Depot register validation.

**SOLD TO:**

| Name | | Home Phone |
|---|---|---|
| **LOWE  JIM** | | **(972) 897-0000** |
| Address  4139 EMERSON AVE | Work Phone  (972) 991-7565 | |
| | Company Name | |
| City  DALLAS | Job Description | |
| State  TX  Zip  75205 | County  DALLAS | |

VALIDATION AREA

SALE    $2 SKU-LS    04:58 PM    13

ORDER ID: 6504-192966
RECALL AMOUNT            728.98
CUSTOMER AGREEMENT DISCOUNT  -69.90
ADDL MDSE SUBTOTAL        0.00
SUBTOTAL              659.08
SALES TAX              54.37
TOTAL              $713.45
XXXXXXXXXXXX7610 MASTERCARD   713.45
AUTH CODE 05769P/4185077        TA
P.O.#/JOB NAME: NO

**QUOTE is valid for this date:04/10/2013**

---

## VENDOR DIRECT SHIP #1 — MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers

**TO: CUSTOMER**

**S/O - MERCHANDISE TO BE SHIPPED:**     **S/O G.E. APPLIANCES     REF # S01**

| REF # | SKU | QTY | UM | DESCRIPTION | Pl | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| S0101 | 0000-205-954 | 1.00 | EA | M939 / M939-DISHWASHER INST KIT & ADAPTER / M939-DISHWASHER INST KIT & ADAPTER | | | $19.99 | $19.99 |
| S0102 | 0000-206-436 | 1.00 | EA | M936 / M936-DISHWASHER 110V CORD / M936-DISHWASHER 110V CORD | | Y | $9.99 | $9.99 |
| S0103 | 0000-863-701 | 1.00 | EA | DELIVERY / APPLIANCE DELIVERY / FREIGHT | | Y | $0.00 | $0.00 |

**VENDOR - SPECIAL INSTRUCTIONS:**     SECOND FLOOR

**S/O - MERCHANDISE TO BE SHIPPED:**     **S/O L.G. APPLIANCES     REF # S02     ESTIMATED ARRIVAL DATE: 04/20/2013**

| REF # | SKU | QTY | UM | DESCRIPTION | Pl | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| S0201 | 0000-637-616 | 1.00 | EA | LDS5040ST / LDS5040ST / LDS5040ST | | Y | $699.00 | $699.00 |

**VENDOR - SPECIAL INSTRUCTIONS:**     SECOND FLOOR

**VENDOR WILL SHIP MDSE TO:**     JIM LOWE

**ADDRESS:**  4139 EMERSON AVE                    **CITY:** DALLAS

| **STATE:** TX  **ZIP:** 75205 | **COUNTY:** DALLAS | **SALES TAX RATE:** 8.250 | **MERCHANDISE TOTAL:** | **$728.98** |

**\*\*\* CONTINUED ON NEXT PAGE \*\*\***

MERCHANDISE TOTAL: $728.98

NOT VALID FOR MERCHANDISE CARRY-OUT



APPX 017

# **<u>Exhibit 5</u>**

STRAIGHT BILL OF LADING

**STRAIGHT BILL OF LADING**
**ORIGINAL - NOT NEGOTIABLE**
TYPE OF SERVICE - HTL

| | | |
|---|---|---|
| BOL. NBR. | 11008074 | WAVE# 0010185401 |
| DATE | 04/15/13 | LOAD# 6065479 |
| CARRIER | TQLL_FW | |
| PU DATE | 04/15/13 | |

| | SINGLE SHPT. | MULTI-PLE SHPT. | FORK-LIFT FRT. | HOOK | TRAILER NO. 551263 | DESTINATION |
|---|---|---|---|---|---|---|
| | PCS | | CKR | | DCOR 50 | |
| | PCS | | STKR | | | |

**SHIPPER** LGE USA
13700 Independence Pkwy
Fort Worth, TX 76177

**SOLD TO**
The Home Depot
2220 NORTH COLT ROAD
RICHARDSON, TX 75080

**CONSIGNEE** STOP NO. 1
JIM LOWE
4139 EMERSON AVE.
-
DALLAS, TX 75205

**BILL TO OR REMIT TO** LG CNS America, Inc.
920 Sylvan Avenue
Englewood Cliffs, NJ 07632

Ord Date: 04/10/2013  Delv Date: 04/16/2013

MERCHANDISE RECEIVED ___X___ Jim Lowe ___4-16-13___
Signature Of Consignee     Date Received

Driver Must Deliver MBOL and BOL to the AGENT

| N/A | GENERAL COMMENTS | |
|---|---|---|
| SECOND FLOOR | Appointment Date: 04/15/13  Time 05:00 | |
| | Wave / Route / Stop: 0010185401 / 2 / 1  Number: | |

| Customer P.O. # | 04557407 | Pro Number: | (972)-897-0000 | 9726970000 |
|---|---|---|---|---|
| | | | Customer Phone # | |

| PIECES | IN | * HM | DESCRIPTION | WEIGHT LBS. (SUBJECT TO CORRECTION) | CLASS |
|---|---|---|---|---|---|
| | 1 CTN | | MS#1JZH011278 P.O.# 04557407  MS# 1JZH011278 | 97.0039 | |
| | | | MS# | | |
| | | | V1JZH011278 | | |
| LD55040ST.ASTI [ 1 ] : | | | 85      M835   [ 1 ] DISHWASHER 110 CORD | | |
| | | | M839   [ 1 ] DISHWASHER KIT (795-961) | | |
| 1 CTNS | | | 3156089 | | |

X _Jim Lowe_

Signature acknowledges receipt of merchandise with no damage to the goods or to the premises upon delivery

X _Jim Lowe_  Date: _4-16-13_

REMIT C.O.D. TO

ADDRESS

**COD** AMT: $

COD FEE  PPD  COLLECT

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

| FREIGHT TERMS | | PREPAID |
|---|---|---|
| PREPAID | $ | |
| COLLECT | | |
| TOTAL CHARGES | $ | |

FREIGHT CHARGES ARE PREPAID UNLESS MARKED COLLECT
CHECK BOX IF COLLECT

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding:

$ _____ per _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of packages unknown), marked consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property, under all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the Bill of Lading terms and conditions in the governing motor carrier classification or tariff unless otherwise provided by contract.
Shipper hereby certifies that he is familiar with all the Bill of Lading terms and conditions in the governing classification or tariff and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns unless otherwise provided by contract.
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

| SHIPPER | CARRIER | DATE |
|---|---|---|
| LG Electronics/Zenith | | |
| PER  LGE/Zenith Representative | DRIVER (PRINT) | SIGNATURE |
| | DL # | EXP. |

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a) (1) (III) of the Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204 (a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from the requirement is provided in the Regulations for a particular material.

APPX 019

CARRIER COPY

# **Exhibit 6**

SEARS HOME SERVICES

FARMERS BRANCH SERVICE CTR
2270 VALLEY VIEW LN
DALLAS, TX 75234
(800) 4MY-HOME

Sears #: 0008227          Sep 24, 2016

Technician ID: 0722504
Service Order Number:          41573348

JOSEPHINE LOWE
4139 EMERSON AVE # NONE
DALLAS, TX 75205
(972) 897-0000

MDSE:                DISHWASHER, BUILT-IN
Brand Name:                         LG
Model Number:              LDS5040ST
Serial Number:            303KJSB2H7S0

Service Requested: NOCS/LEAKING REALLY BAD

Technician Comments:
Notes: Water valve is leaking and has
been for awhile.  Possible defect.


Labor Performed - (Collect)
Diagnostic Fee          $   59.00
Fill Valve Rep/Repl     $  140.00
Tax on Labor            $    0.00
Total Labor             $   59.00

Grand Total:            $   59.00

Pre-Paid Amount:       -$    0.00
Customer Amount Due:    $   59.00
CUSTOMER DECLINES ESTIMATE

Total Amount Collected Today: $  59.00
          Cash Payment $   59.00

Returned checks are subject to a service
charge of $20 or the maximum allowed by
law. Collection costs and all penalties
permitted by law will also be assessed.
We may electronically collect returned
checks, service charges, and other
applicable charges.

If, within 90 days of the date of this
declined estimate, you decide to have your
product(s) repaired, a 50% discount
will be applied, on our next visit, to
the diagnostic fee charged.

Customer Signature


_____


_____


SEARS HOME SERVICES
FARMERS BRANCH SERVICE CTR
2270 VALLEY VIEW LN
DALLAS, TX 75234
(800) 4MY-HOME

Sears #: 0008227          Sep 24, 2016

Technician ID: 0722504
Service Order Number:          41573348

JOSEPHINE LOWE
4139 EMERSON AVE # NONE
DALLAS, TX 75205
(972) 897-0000

MDSE:                DISHWASHER, BUILT-IN
Brand Name:                         LG
Model Number:              LDS5040ST
Serial Number:            303KJSB2H7S0
Service Requested:
NOCS/LEAKING REALLY BAD

Labor Performed - (Collect)
Diagnostic Fee              $59.00
Fill Valve Rep/Repl     $  140.00
Tax on Labor            $   16.42
Total Labor             $  215.42

Parts Required  - (Collect)
VALVE ASSY,I
22 722 5221DD1001C Qty 1   $  93.78
Tax on Parts            $    7.74
Total Parts             $  101.52

Estimated Grand Total:  $  316.94

Estimated Customer Total:  $  316.94
Pre-Paid Amount:       -$    0.00
Customer Amount Due:    $  316.94



Customer Signature to approve repair:

_____



Thank you for calling
SEARS HOME SERVICES

10/26/2016                                                Gmail - Service Receipts

M Gmail                                                   Jim Lowe <jimandjosephine@gmail.com>

## Service Receipts

**LG Service <gsfs@lge.com>**                             Wed, Oct 26, 2016 at 9:22 AM
To: jimandjosephine@gmail.com, miranda.hunkler@lge.com

                                                         P.O. Box 240007
                                                         Huntsville, Al 35813
                                                         Tel No : 1-256-542-2795
**Invoice Payment Due**                                  Date of Service : 10/10/2016
Please remit payment within 15 days.                     Bill Due Date : 10/07/2016

| Issuer | LGEAI Customer Service Field Service FM West DMS | | Customer Name | JIM LOWE |
|--------|------------------|--|---------------|----------|
| Date Call Received | 10/07/2016 | | Address | 4139 Emerson AVENUE DALLAS ,TX ,75205 |
| Model | LDS5540ST.ASTEEUS | | City, St Zip Code | |
| Serial No | 303KWSB2H750 | | Email | jimandjosephine@gmail.com |
| Repair No | RNN161007089185 | | | |
| Technician Name | Jerry Campbell | | | |

Technical Remark

Cnn161011939749 cust has damage to floor and apt under unit there before service replace water valve no other leak found at time of service

**Parts Installed**

| Item Number | Description | Unit Price $ | Qty | Total $ |
|-------------|-------------|--------------|-----|---------|
| 5221DD1001E | Valve Assembly,Inlet | 20.34 | 1 | 20.34 |

| | |
|---|---|
| Paid Part Amount | $20.34 |
| Paid Labor Amount | $159.66 |
| Paid Freight Amount | 0 |
| Paid Visit Amount | 0 |
| Paid Material Amount | 0 |
| Paid Other Amount | 0 |
| Paid Tax Amount | $14.85 |
| Total Amount to be Paid | $194.85 |

| Payment Method | Card Type | Card Number | Request No.(Authorization) |
|----------------|-----------|-------------|----------------------------|
| Check(Cheque) | | | |

Customer's Signature

Thank You for choosing LG Electronics products and services.
We value you as our customer and appreciate your business.
The services rendered above are being submitted to you for payment.
Methods of payment accepted are Check, Money Order or Credit Card. We accept Visa, & Mastercard.
Please Mail a copy of this invoice, Money Order or Check to:
**LG Electronics Factory Service, (Attn: DMS Admin) P.O. Box 24007, Huntsville, AL 35813.**
All payments should be made within 15 days of service rendered.
Warranty: Labor will be covered for 90 days and Parts for 90 days from the date of service.
If you should have any questions, or wish to pay with Credit Card please email:

Wayne Lambert
406 S. I 35
Red Oak, TX 75154
(214)207-3365
PREPARED BY: Wayne Lambert

Invoice # 16 - 1019

Date: 10 - 15 - 16

Job:

4137 EMERSON
DALLAS

BILL TO:
JIM LOWE
DESCRIPTION:

REMOVE WATER DAMAGED CABINETS

REMOVE WATER DAMAGED SHEETROCK +

INSULATION 142 SQFT

REMOVE DAMAGED WATER DAMAGED TILE

UNDERLAYMENT

SPRAY + CLEAN ALL WOOD SURFACES

WITH BLECH WATER

VACUME ALL SURFACES + FINAL

CLEAN

HAUL OFF ALL TRASH 1-TRUCK LOAD

1700.00

EMAIL - JIMANDJOSEPHINE @ GMAIL.COM

Wayne Lambert
406 S Interstate 35
Red Oak, TX 75154
(214)207-3365
PREPARED BY: Wayne Lambert

Invoice# ESTIMATE

Date: 11-1-16

Job: 4137 EMERSON
DALLAS

BILL TO: JIM LOWE

| | |
|---|---|
| INSTALL 3 - SHEETS HARDIBOARD ON FLOOR - | 145.00 |
| REPLACE INSULATION IN WALL 100 SQFT R-13 | 225.00 |
| REPLACE INSULATION IN CEILING 40 SQFT R-30 | 150.00 |
| REPLACE SHEETROCK ON WALLS + CEILING | |
| 170 SQ FT | 260.00 |
| TAPE - BED - + TEXTURE WALLS + CEILING | 470.00 |
| PAINT WALLS + CEILING | 750.00 |
| COVER + PROTECT CABINET | 125.00 |
| INSTALL REPLACEMENT CABINETS | |
| CABINETS CAME FROM SECONDS + SURPLUS | |
| THERE QUATE WAY        3148.34 | |
| TAX.   259.75 | |
| TOTAL- 3408.09 | 3408.09 |
| LABOR TO INSTALL CABINETS | 1000.00 |
| CLEAN UP + HAUL OFF TRASH | 240.00 |
| | |
| TOTAL- | 6773.09 |
| INSURANCE + TAX + OVERHEAD | 1354.61 |
| | |
| TOTAL- | 8127.70 |

# **Exhibit 7**

JL

---

---------- Forwarded message ----------
From: **Katarzyna Krickovic** <kathy.krickovic@lge.com>
Date: Fri, Sep 16, 2016 at 3:52 PM
Subject: RE: PL2016-02682; LOWE, JIM & JOSEPHINE
To: Jim Lowe <jimandjosephine@gmail.com>


Please call customer service # 800-243-0000 regarding service technician as I do not handle service calls.



*Kathy Krickovic*

*Asst. Claims Manager - Product Liability*

*LG Electronics U.S.A., Inc.*

*910 Sylvan Avenue*

*Englewood Cliffs, NJ 07632*

*(201) 816-2049*

*fax (201) 816-2290*


**From:** Jim Lowe [mailto:jimandjosephine@gmail.com]
**Sent:** Wednesday, September 14, 2016 10:11 PM
**To:** Katarzyna Krickovic/LGEUS Product Liability Team(kathy.krickovic@lge.com)
**Subject:** Re: PL2016-02682; LOWE, JIM & JOSEPHINE


Dear Ms. Krickovic,

We are getting your LG-form and other documents, ready to send to you.

I believe that you had mentioned that an LG-representative would be

contacting us to examine the dishwasher and our home damages, this
September 12-week. However, we have yet to hear from anyone....

Could you please provide us with the current status of an LG-representative,

coming to our duplex? I am unable to go into the house, until the moldy sheetrock, wood trim, the ceiling, the cabinets, etc., are removed from the house.

These items have to be pulled from the house, and special fans have to be used to draw the contaminated-air to the outside, according to one contractor.

We do need the LG-representative to visit us, so that the removal of the
toxic, moldy debris-process can begin. According to the contractor, this has to be done, first, before he can submit a bid for the work.
Also, the contractor had verified that the valve was a defective valve.

Thank you.....

Josephine Lowe

Josephine Lowe

On Fri, Sep 9, 2016 at 3:30 PM, Jim Lowe <jimandjosephine@gmail.com> wrote:

Dear Kathy,

I have received your email. Thank you for your help and support!

If there is anything else that you might need, please let me know.

With Best Regards,

Josephine Lowe

On Fri, Sep 9, 2016 at 3:09 PM, Katarzyna Krickovic <kathy.krickovic@lge.com> wrote:

As per our conversation please see attached. Please send the defective part to me at the address below for our inspection via trackable means.

Please confirm receipt of this email.

Thank you,

*Kathy Krickovic*

*Asst. Claims Manager - Product Liability*

*LG Electronics U.S.A., Inc.*

*910 Sylvan Avenue*

*Englewood Cliffs, NJ 07632*

*(201) 816-2049*

*fax (201) 816-2290*

# **<u>Exhibit 8</u>**



<div align="right">

# Service Bulletin

WASHING MACHINE
</div>

## General information

<div align="right">

Bulletin Number:IDSW20130178
</div>

| | |
|---|---|
| * **Subject:** **Inlet Valve improvement** | |
| * **Bulletin Registration Date:** *October. 30. 2013* | * **Effective from Date:** *October. 30. 2013* |

**•Applicable for models**

Buyer Model :  LDF7551xx, LDF7561xx, LDS5040xx, LDS5540xx, LDS6040xx, LDS5560xx

LGE Model :  D1471xx, D1472xx, D1435xx, D1470xx, D1475xx

* **Applicable Serial Number :** *ALL*

| | | | | | |
|---|---|---|---|---|---|
| Applicable in warranty: | **YES** ✓ | **NO** ☐ | Also applicable outside of warranty: | **YES** ☐ | **NO** ✓ |
| Applicable only with symptoms below: | **YES** ✓ | **NO** ☐ | Applicable with every repair: | **YES** ☐ | **NO** ✓ |

## Technical information

**1. Symptoms / Customer Complaint:**
Water is leaking from Inlet Valve connection

**2. Problem / Cause:**
1. Bushing cracks due to over tightening of the elbow to the Inlet valve.
2. Lack of sealing due to insufficient Teflon tape or elbow was improperly installed.

**3. Solution**
1. If the inlet valve is leaking from the elbow, replace the inlet valve. The new inlet valve is designed  so the 90° elbow is not necessary.
   (Old inlet valve: 5221DD1001C ➔ New inlet valve: 5221DD1001E)

<div align="right">

**APPX 029**
</div>

# Service Bulletin
### WASHING MACHINE

## * 4. Solution step by step:

**Step1 :** Check the Inlet Valve shape

| | OLD | NEW | SVC Part No. | Effective Serial No. |
|---|---|---|---|---|
| Float | | | Old Inlet Valve: 5221DD1001C New Inlet Valve: 5221DD1001E | 203xx~ 307xx |

**Step 2 :** Replace the new Inlet Valve if water is leaking from Inlet Valve connection.

**Step3 :** Check the new Inlet Valve condition.

## 5. New Software Release :

## * 6. Visual Before and After: (S/N : ALL)

### Inlet Valve



**&lt;Before&gt;**                    **&lt;After&gt;**

## * 7. Part Usage:

| | Old part | New part |
|---|---|---|
| Old unit | O | O |
| New unit | X | O |

**APPX 030**

# Service Bulletin
WASHING MACHINE

**Life's Good**

| * **8. Destroy Old Parts:** | YES | NO |
|---|---|---|
| 1) Old parts can not be used for the repair stipulated in this service bulletin. | ✓ | |

* **9. SVC Bulletin History:**

| Prior Bulletins: | Bulletin Number: | Date: | Content: |
|---|---|---|---|
| | | | |

# Appendix. SVC Parts

1) Inlet Valve (5221DD1001C → 5221DD1001E)



**APPX 031**